419 P.2d 522

James **RANDALL**, Petitioner,

v.

Frank A. **EYMAN** et al., Respondents.

No. H–198.

Supreme Court of Arizona.

In Banc.

Nov. 3, 1966.

James Randall, in pro. per.

Darrell F. Smith, Atty. Gen., James S. Tegart, Asst. Atty. Gen., for respondents.

PER CURIAM.

The judgment and commitment of the Superior Court of Pima County is set aside. Custody of petitioner is ordered transferred from the State Prison at Florence, Arizona, to the Sheriff of Pima County for resentencing. See Lee v. State, 99 Ariz. 269, 408 P.2d 408.